```
 1  Jeffrey C. Briggs (No. 100369)
    Briggs Law Office
 2  6464 Sunset Blvd.
    Suite 715
 3  Hollywood, CA  90028
    Phone:  (323) 461-5400
 4  Fax:    (323) 908-7275
    Email:  jbriggs@jbriggslaw.com
 5
    Attorneys for Plaintiff
 6  Skate One Corp.

 7

 8              UNITED STATES DISTRICT COURT

 9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11  _____
12  SKATE ONE CORP., a California  )   No. 2:14-cv-06836
    corporation,                   )
13                                 )   Voluntary Dismissal
                        Plaintiff, )   FRCP 41(a)(1)(A)(1)
14                                 )
                 v.                )
15                                 )
    JUST BONES BOARDWEAR LIMITED   )
16  LIABILITY COMPANY, a New Jersey)
    limited liability company,     )
17                                 )
                        Defendant. )
18                                 )
    _____)
19

20

21

22

23

24

25

26

27
                           1
```

1  The above-captioned action is voluntarily dismissed,
2  without prejudice, pursuant to Federal Rule of Civil
3  Procedure 41(a)(1)(A)(i).
4  Dated:  April 21, 2015                BRIGGS LAW OFFICE

6                                        By:_____/s/_____
                                              Jeffrey C. Briggs
7                                             Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27